#### 6767.   GILMORE *v.* GEORGIAN COMPANY.

BROYLES, J.   In a certiorari case the answer of the trial judge is the only source from which knowledge of the facts of the case and the rulings made therein can be derived. *Buckner* v. *State,* 115 *Ga.* 238 (41 S. E. 583). And where, in such a case, the trial judge in his answer states that he can not remember the facts of the case, or what occurred upon the trial, it is useless to sustain exceptions to the answer and to require him to respond more fully. Where such an answer is filed, the judge of the superior court, upon the hearing of the certiorari, can do nothing but overrule the same. *Colbert* v. *State,* 118 *Ga.* 302, 305 (45 S. E. 403). *Judgment affirmed.*
                     DECIDED MARCH 27, 1916.

Certiorari; from Fulton superior court—Judge Pendleton.   May 20, 1915.

*G. N. Bynum, C. B. Copeland,* for plaintiff in error.
*Dillon & Burress,* contra.

---

#### 6793.   CAMPBELL *v.* SOUTHERN FERTILIZER & CHEMICAL CO.

BROYLES, J.   The only assignment of error being as to a judgment sustaining a general demurrer to the defendant's answer, and it not appearing that there was any final judgment in the case, under repeated rulings of this court and of the Supreme Court, the bill of exceptions embraces matter of an interlocutory character only, and is prematurely brought to this court.                     *Writ of error dismissed.*
                     DECIDED MARCH 27, 1916.

Complaint; from city court of Hazlehurst—Judge Grant.   June 14, 1915.

*S. D. Dell,* for plaintiff in error.   *Gordon Knox,* contra.